

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2015

No. 04-15-00105-CV

Mava **HURD** and Leonard Izzo,
Appellant

v.

**RAPIER FAMILY FOUNDATION**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14969
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' first motion for extension of time to file their brief is GRANTED. Appellants' brief is due on May 15, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court